# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Christopher Rowland Britt            Docket No. 7:07-CR-138-1F

### Petition for Action on Supervised Release

COMES NOW Robert K. Britt, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher Rowland Britt, who, upon an earlier plea of guilty to Possession of a Firearm and Ammunition by a Felon in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on September 17, 2008, to the custody of the Bureau of Prisons for a term of 30 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall participate in such vocational training program as may be directed by the probation office.

4. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days.

5. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

Christopher Rowland Britt was released from custody on June 14, 2010, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 28, 2011, Mr. Britt was charged in Robeson County, North Carolina, with Driving While License Revoked (11CR703609). The court was advised of this traffic violation and it was recommended to continue supervision until the case was adjudicated in state court. Since that time, Mr. Britt has subsequently been charged with three additional counts of Driving While License Revoked. He was charged on June 30, 2011, with Driving While License Revoked and Window Tinting Violation in Robeson County (11CR707611). Later that same day he was charged again with Driving While License Revoked in Robeson County (11CR707618). Additionally, on August 6, 2011, he was charged with Driving While License Revoked and No Motorcycle Endorsement in Scotland County, North Carolina. All of these charges are pending in state court. Mr. Britt admits to driving without a valid license but contends that it was necessary due to parenting and work obligations. He did show this officer receipts totaling approximately $1,000.00 for old tickets that he has paid at the Clerk of Court in order to obtain a valid license. Based on this, it is believed that a sanction of 24 hours of community service would be appropriate to address these violations. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required $200 fee.

    Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert K. Britt
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: August 22, 2011

**ORDER OF COURT**

Considered and ordered this 23rd day of August, 2011, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge